UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 06-10022-01 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| JERRY FINISTER | MAGISTRATE JUDGE JAMES D. KIRK |

**NOTICE OF ARRAIGNMENT**

The above entitled case has been set for arraignment before the Honorable James D. Kirk in Alexandria, LA on Thursday, May 3, 2007, at 10:30 a.m., 515 Murray Street, third floor courtroom, Alexandria, LA.

April 16, 2007

JDK

```
COPY SENT:
DATE:    April 16, 2007
BY:      JDB
TO:      AUSA    Walker;
         Federal  Public
         Defender; USMS;
         USPO
```